## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONALD EDWARDS, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-20-SDD-RLB** |
| **GARY KRIEGEL, ET AL.** | |

**AND**

| | |
|---|---|
| **RONALD EDWARDS, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-153-JWD-EWD** |
| **UNITED STATES** | |

## ORDER

The Court having determined that the above-captioned cases present common questions of fact and law;

IT IS ORDERED that Civil Action 19-153-JWD-EWD is hereby consolidated with Civil Action 19-20-SDD-RLB and reassigned to United States District Judge Shelly D. Dick and United States Magistrate Judge Richard L. Bourgeois, Jr.

Signed in Baton Rouge, Louisiana on   March 25, 2019   .

_____
**SHELLY D. DICK**
**CHIEF DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**